IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Laurie Peabody, *et al.*,                :

        Plaintiffs,            :        Civil Action 2:10-cv-1078

v.                                       :        Judge Sargus

Perry Township, Ohio, *et al.*,          :        Magistrate Judge Abel

        Defendants.            :

## ORDER

On April 16, 2012, the parties filed a paper entitled "Stipulation for Extension of Time to File Motion for Summary Judgment" (Doc. 49).  Stipulated alterations to the case schedule are expressly prohibited by S.D. Ohio Civ. R. 6.1(b).  Furthermore, under Fed. R. Civ. P. 16(b)(4), even a *request* to modify the case schedule would have to demonstrate "good cause" for the alteration.

The Clerk of Court is **DIRECTED** to **STRIKE** this document from the record.

                                            s/Mark R. Abel
                                            United States Magistrate Judge