# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**LAURIE PEABODY, et al.,**

    **Plaintiffs,**

v.

**PERRY TOWNSHIP, OHIO, et al.,**

    **Defendants.**

Case No. 2:10-cv-1078
**JUDGE EDMUND A. SARGUS, JR.**
Magistrate Judge Mark R. Abel

## ORDER

This matter is before the Court on Defendants' motions to strike. (Docs. No. 84, 85.) In those motions, Defendants ask the Court to strike a notice of supplemental authority (Doc. No. 83) that Plaintiffs filed to support their memoranda in opposition to Defendants' motions for summary judgment or to, alternatively, permit them to respond to the notice. Defendants contend that Plaintiffs failed to properly request permission to provide supplemental authority. This Court, however, did not consider Plaintiffs' supplemental briefing in its decision issued on Defendants' motions for summary judgment. Therefore, the Court **DENIES AS MOOT** Defendants' motion to strike. The Clerk is **DIRECTED** to remove those motions from this Court's pending motions list.

**IT IS SO ORDERED.**

4-12-2013
**DATE**

**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**