**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **LAURIE PEABODY, et al.,** | : | **Case No.  2:10-cv-1078** |
| | : | |
| **Plaintiffs,** | : | **Judge Edmund A. Sargus** |
| **v.** | : | |
| | : | |
| **PERRY TOWNSHIP, OHIO, et al.,** | : | **MOTION FOR ORDER TO DISMISS** |
| | : | **FOLLOWING SETTLEMENT** |
| **Defendants.** | : | |
| | : | |

Pursuant to Fed R. Civ. Proc. 62.1, the parties jointly seek an order of this Court

expressing its willingness to dismiss the lawsuit because the parties have reached a settlement.

This order is required in order to secure an order of remand from the Sixth Circuit.

Specifically, the parties request that:

1. This court issue the attached order indicating its inclination to grant a motion to dismiss

   all claims against all defendants (draft attached);

2. The parties will then seek a remand from the Sixth Circuit based on that statement;

3. The order of remand will then issue from the Sixth Circuit restoring jurisdiction over

   Defendants and the related claims to this Court;

4. The parties will then file the motion to dismiss the claims according to the terms of the

   settlement agreement;

5. This Court will then have jurisdiction to grant the motion to dismiss the case with

   prejudice.

**MEMORANDUM**

Plaintiffs have settled their claims against Defendants. Plaintiffs cannot move to dismiss

the case because the claims against the defendants are the subject of an appeal.  The Sixth Circuit

routinely entertains requests for remand when the District Court indicates a willingness to alter

an order or dismiss a claim that is the basis for an appeal.  This Court may issue such an

indicative ruling stating its willingness to grant Plaintiffs' intended motion pursuant to Federal

Rule of Civil Procedure 62.1.  Such a ruling permits the Sixth Circuit to "remand for further

proceedings but [to retain] jurisdiction unless it expressly dismisses the appeal" pursuant to

Federal Rule of Appellate Procedure 12.1.  Accordingly, the parties respectfully request that this

Court enter an order expressing its willingness grant a motion to dismiss the lawsuit pursuant to

terms of the settlement negotiated by the parties.


Respectfully submitted,


/s/ Alphonse A. Gerhardstein 
Alphonse A. Gerhardstein (0032053)
Trial Attorney for Plaintiffs
Jennifer L. Branch (0038893)
Attorney for Plaintiffs
Gerhardstein & Branch Co. LPA
432 Walnut Street, Suite 400
Cincinnati, Ohio 45202
Tel (513) 621-9100
Fax (513) 345-5543
agerhardstein@gbfirm.com
jbranch@gbfirm.com


/s/ Edward J. Dowd
Edward J. Dowd (0018681)
Joshua R. Schierloh (0078325)
One Prestige Place, Suite 700
Miamisburg, Ohio 45342
(937) 222-2333
(937) 222-1970 (fax)
edowd@sdtlawyers.com
jschierloh@sdtlawyers.com

William W. Lamkin
Tim Van Eman
Lamkin, Van Eman, Trimble, Beals &
Dougherty, LLC
Attorney for Plaintiffs
Suite 200
500 South Front Street
Columbus, OH  43215
Tel (614) 224-8187
Fax (614) 224-4943


/s/ Paul-Michael LaFayette
Paul-Michael LaFayette (0067031)
POLING LAW
300 East Broad Street, Suite 350
Columbus, Ohio 43215
Tel: (614) 737-2900; Fax: (614) 737-2929
E-Mail: plafayette@poling-law.com


2

## CERTIFICATE OF SERVICE

I hereby certify that on December 10, 2013 a copy of the foregoing pleading was filed electronically.  Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

<u>s/ Alphonse A. Gerhardstein</u>
Attorney for Plaintiff